IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv204

| | |
|---|---|
| YOLANDA SILVA-CAMPOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SHELTON & SONS FARMS, INC. ) | |
| and MAX T. SHELTON, JR., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Joint Motion for Enlargement of Time for Service of Expert Reports [# 23]. The parties jointly request an extension of the time for serving expert reports. For good cause shown, the Court **GRANTS** the motion [# 23]. Plaintiff shall have until April 1, 2012, to serve her expert reports. Defendants shall have until May 1, 2012, to serve their expert reports.

Signed: January 18, 2012

Dennis L. Howell
United States Magistrate Judge