IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv204

| | | |
|---|---|---|
| YOLANDA SILVA-CAMPOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHELTON & SONS FARMS, INC. | ) | |
| and MAX T. SHELTON, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is Plaintiff's Motion to Strike [# 16]. Plaintiff brought this action pursuant to the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"). Plaintiff moved to strike two of the affirmative defenses raised in Defendant's Answer. Subsequently, the Court entered an Order directing the parties to confer and to file a status report with the Court. (Order, Apr. 27, 2012.) In response to the Court's Order, the parties have indicated that they have settled these proceedings. Accordingly, the Court **DENIES without prejudice** the Motion to Strike [# 16]. Plaintiff may renew her motion if the settlement of this case falls through.

1

Signed: May 7, 2012

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge