# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv204

| | |
|---|---|
| YOLANDA SILVA-CAMPOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHELTON & SONS FARMS, INC. ) | |
| and MAX T. SHELTON, JR., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report [Doc. 28], filed May 7, 2012.

In the Joint Status Report, the parties advise that they have settled all issues in this case and are currently circulating settlement documents among them. [Doc. 28]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal or other appropriate pleading closing the case.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal or other appropriate pleading closing the case within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: June 4, 2012

Martin Reidinger
United States District Judge